## Christina R. BECKSTROM, Plaintiff—Appellant,

v.

## POTLATCH CORPORATION, a Delaware Corporation, Defendant—Appellee.

No. 01–35686.

D.C. No. CV–99–00256–WFN.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 8, 2002.

Decided Nov. 15, 2002.

this circuit except as provided by Ninth Circuit Rule 36–3.

1. *Peklar v. Ikerd (In re Peklar)*, 260 F.3d 1035, 1037 (9th Cir.2001).

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Before TROTT, T.G. NELSON, and THOMAS, Circuit Judges.

### MEMORANDUM *

This court lacks jurisdiction over this appeal. Therefore, it is

DISMISSED.

## UNITED STATES of America, Plaintiff—Appellee,

v.

## Lyle Douglas ROBISON, Defendant—Appellant.

No. 01–30412.

D.C. No. CR–99–00052–DWM.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 6, 2002.

Decided Nov. 15, 2002.

Before TROTT, T.G. NELSON, and THOMAS, Circuit Judges.

### MEMORANDUM *

Any error committed by the district court on remand for re-sentencing was harmless beyond a reasonable doubt.[1] Accordingly, we affirm.

AFFIRMED.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. *See Neder v. United States*, 527 U.S. 1, 15, 119 S.Ct. 1827, 144 L.Ed.2d 35 (1999).